IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00260-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO JAVIER GOMEZ-SAUCEDO,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **August 11, 2006** and responses to these motions shall be filed by **August 18, 2006**.  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **September 22, 2006 at 11:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    FURTHER ORDERED that a three-day jury trial is set for **October 3, 2006 at 1:30 p.m.**

    DATED:  July 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge